THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. WARREN SNIFFEN, Appellant.

*Appeal — motion to dismiss for failure to prosecute granted.*

People v. *Sniffen*, 208 App. Div. 785, appeal dismissed.
(Submitted February 24, 1925; decided March 3, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 29, 1924, which dismissed an appeal from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting defendant of the crime of forgery in the second degree.

The motion was made on the ground of failure to prosecute the appeal.

*Joab H. Banton, District Attorney,* for motion.
*Warren Sniffen* opposed.

Motion granted and appeal dismissed.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. NATHAN RUBIN, Appellant.

*Appeal — motion to dismiss for failure to file return granted.*

People v. *Rubin*, 211 App. Div. 847, appeal dismissed.
(Submitted February 24, 1925; decided March 3, 1925.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 12, 1924, which affirmed a judgment of the Court of General Sessions of the county of New York, rendered upon a verdict convicting defendant of the crime of criminally receiving stolen goods.

The motion was made upon the ground of failure to file the return.

*Joab H. Banton, District Attorney,* for motion.
No one opposed.

Motion granted and appeal dismissed.